# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00073-CV

**In re James McCoy**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator James McCoy filed a petition for writ of mandamus complaining of the Travis County District Clerk's alleged failure to file McCoy's petition for judicial review. This Court may issue writs of mandamus only against a district judge or county judge sitting in our district or to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221(a), (b). McCoy has not demonstrated that his petition falls within either of these categories. Therefore, we lack jurisdiction to grant the requested relief. *See id.* Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   February 6, 2015